# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   GAYLE A. LOUGHRIDGE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | CIV-18-136-C |
| | ) | |
| 1.   SANTA FE SOUTH SCHOOLS, INC., f/k/a SANTA FE SOUTH HIGH SCHOOL, INC., | ) | |
| 2.   CHRISTOPHER BREWSTER, in his individual capacity as Superintendent of Santa Fe South Schools, Inc., and | ) | |
| 3.   LANCE SEERIGHT, in his individual capacity as Principal of Santa Fe South Schools, Inc. | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Gayle A. Loughridge, hereby stipulates with the Defendants, Santa Fe South Schools, Inc.; Christopher Brewster; and Lance Seeright, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS <u>11th</u> DAY OF DECEMBER, 2018.**

<u>s/ Shannon C. Haupt</u>
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
Shannon C. Haupt, OBA #18922
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Tele:  405-239-3800  Fax:  405-239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
haupts@leonardlaw.net
*Counsel for Plaintiff*


<u>*s/* Kathryn D. Terry</u>
(Signed with permission)
Kathryn D. Terry, OBA #17151
PHILLIPS MURRAH, P.C.
Corporate Tower, 13th Floore
101 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Tele: 405-235-4100 Fax: 405-235-4133
kdterry@phillipsmurrah.com
*Counsel for Defendant*s